TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
J. LEONIDAS CAMACHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. LEONIDAS CAMACHO, | Case No. 15-cv-05141-KAW |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST THAT MATTER BE DISMISSED AND THAT CLERK CLOSE FILE; [PROPOSED] ORDER** |
| K.J. WOODS CONSTRUCTION, INC; KIERAN JOSEPH WOODS dba WOODS CONSTRUCTION, | |
| Defendants. | **Complaint Filed: February 03, 2015** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

NOTICE IS HEREBY given that Plaintiff J. LEONIDAS CAMACHO hereby requests that all Defendants K.J. WOODS CONSTRUCTION, INC; KIERAN JOSEPH WOODS dba WOODS CONSTRUCTION be Dismissed **with prejudice**.  This notice is accompanied by the declaration of counsel and proposed order.

1

**NOTICE OF DISMISSAL AND ORDER**

Dated: March 25, 2016

               *//s//Tomas E. Margain//s//*
               Tomas E. Margain
               Huy Tran
               JUSTICE AT WORK LAW GROUP
               Attorneys for Plaintiff
               J. LEONIDAS CAMACHO

## **DECLARATION OF TOMAS E. MARGAIN**

I, Tomas E. Margain, declare as follows:

  1.  I am the attorney of record for Plaintiff J. LEONIDAS CAMACHO in this case. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

  2.  Plaintiff has consented to have a Magistrate hear his case. See Docket 5.

  3.  After being sued, Defendants hired the firm of Leonidou & Rosin, APC to represent them. I was able to settle my client's dispute over the course of several negotiations conferences with Caitlin Kaufman an attorney admitted to this Court after exchanging documents.

  4.  The matter was settled prior to Defendants entering an appearance and as such I cannot submit a stipulation and order to Dismiss with prejudice.

  5.  I have the authority of my client to have this case Dismissed with Prejudice.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, executed on March 25, 2016 in San Jose, California.

               //s// Tomas Margain
                Tomas E. Margain

**NOTICE OF DISMISSAL AND ORDER**

# ORDER

Based on GOOD CAUSE shown and upon the Notice and Declaration of Plaintiff's counsel Tomas E. Margain, the Court orders as follows:

The matter is Dismissed with Prejudice. All calendared dates are hereby vacated and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: 3/30/16                    By: _____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

**NOTICE OF DISMISSAL AND ORDER**